UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

__ANYA WEATHERLY__
(Write the full name of the plaintiff)

vs. __ABC Legal Inc.__

(Write the full name of the defendant/s in this case)

REC'D BY __EB__ D.C.
SEP 04 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: __Anya Weatherly__

Address: __2145 NE 164th Street #110 North Miami FL 33162__

Inmate/Prison No.:_____

Year of Birth: __1986__ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __ABC Legal Inc.__     Defendant:_____

Official Position:_____     Official Position:_____

Place of Employment:_____     Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I. Discrimination against Race (white) and national origin (Russian) Faced hateful comments, humiliating remarks x profanity as a white person x about white by company's manager Carlos Melo x Konya Robinson. Was told all Russian people are prostitutes that blow their bosses under the table. Witnessed illegal firing of 2 white men x reported to upper management.

II. Retaliation
Was called names like gringo x snitch out loud in the office. Had dog feces spread on top of my car x tires slashed. Terminated without notice.

III. Hostile Work Environment: hard to focus on work due to constant harassing, given extra-straining tasks out of line of duty (scanning 1000 documents per day of old archived files that were supposed to be thrown away)

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I. Seeking monetary relief of $47000.00 of actual damages sustained as a result of loss of work, reimbursement of medical expenses for cancelled dental insurance, damages for humiliation x moral suffering for discrimination, retaliation x hostile work environment. As a result of egregious conduct of company's manager x employee. Damages sustained to a vehicle x later vehicle repossession because of termination x inability to pay for the car.

II Official letter of apology from ABC Legal Inc., attorney H.H and manager C.M and his assistant.

### IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Signed this __4th__ day of __September__, 20__19__

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __09/04/2019__

_____
Signature of Plaintiff